**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-00360-LTB

VENKATA CHEMITI and
NEERAJA DASARI,

   Plaintiffs,

v.

NEHRU KAJAk,

   Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

  Defendant's Motion for Enlargement of Time (Doc 5 - filed March 14, 2013) and Amended and Unopposed Motion for Enlargement of Time Pursuant to F.R.C.P. 6(b) to file a response to Plaintiffs' Complaint (Doc 6 - filed March 15, 2013) are **GRANTED up to and including April 15, 2013**.

Dated:   March 18, 2013
_____