**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-00360-LTB

VENKATA CHEMITI, and
NEERAJA DASARI,

       Plaintiffs,

v.

NEHRU KAJA,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     Plaintiffs' Rule 56(f) Motion (Doc 34 - filed December 23, 2013) is **DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.2**.


Dated:   December 30, 2013
_____