IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00360–LTB–KMT

VENKATA CHEMITI, and
NEERAJA DASARI,

    Plaintiffs,

v.

NEHRU KAJA,

    Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiffs' "Unopposed Motion to Modify the Scheduling Order and Extend the Discovery Cutoff to December 5, 2014 and the Dispositive Motions Deadline [sic] December 19, 2014" (Doc. No. 53, filed Oct. 14, 2014) is DENIED.  The grounds proffered by Plaintiffs to support modifying the Scheduling Order are nearly identical to the grounds that supported Plaintiffs' prior Motion to Modify the Scheduling Order—namely, that Plaintiffs had returned to India to attend to Plaintiff Chemiti's ailing father.  (*Compare* Doc No. 53 at 3 *with* Doc. No. 50 at 3.)  In their prior Motion to Modify the Scheduling Order, Plaintiffs represented that their depositions would be rescheduled for October 10, 2014, after they returned from India at the end of September 2014.  Plaintiffs have failed to provide any additional information to explain why their depositions were not held on October 10, 2014 as scheduled.  Accordingly, the court finds that Plaintiffs have failed to show good cause for an additional modification of the Scheduling Order. *See* Fed. R. Civ. P. 16(b)(4).

Dated: October 27, 2014