IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-00360-LTB-KMT | Date: | January 20, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| VENKATA CHEMITI, and<br>NEERAJA DASARI, | Alison Ruttenberg |
|   Plaintiffs, | |
| v. | |
| NEHRU KAJA, | Peter Walters |
|   Defendant. | |

## COURTROOM MINUTES

**FINAL PRETRIAL CONFERENCE**

**10:14 a.m.**    Court in session.

Court calls case. Appearances of counsel.

Discussion regarding lack of proposed pretrial order. Statement by Ms. Ruttenberg.

**ORDERED: Plaintiffs' Unopposed Motion to Vacate and Reset Pretrial Conference [62] is GRANTED. Telephonic Final Pretrial Conference is reset for February 11, 2015 at 10:15 a.m. The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than February 4, 2015.**

**10:21 a.m.**    Court in recess.

Hearing concluded.
Total in-court time    00:07

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.