IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

---

| | | |
|---|---|---|
| Courtroom Deputy: | Kathleen Finney | Date:   April 27, 2015 |
| Court Reporter: | Tamara Hoffschildt | |

---

Civil Case No. 13-cv-00360-LTB-KMT            <u>Counsel:</u>

VENKATA CHEMITI, and                                     Alison Ruttenberg
NEERAJA DASARI,                                              Scott Goldman

     Plaintiffs,
v.

NEHRU KAJA,                                                       Peter Walters

     Defendant.

---

COURTROOM MINUTES

---

**STATUS/SCHEDULING HEARING**

**9:09 a.m.**         **Court in Session.**

Discussion regarding the **Defendant's Motion for Leave to File a Dispositive Motion Regarding Plaintiffs' Second Claim for Relief** [#96] filed April 17, 2015.

Argument by Mr. Walters.

Response by Ms. Ruttenberg.

Court's conclusions.

**ORDERED:**   That the **Defendant's Motion for Leave to File a Dispositive Motion Regarding Plaintiffs' Second Claim for Relief** [#96] is **GRANTED**; and

          That the defendant's deadline for filing dispositive motions is **May 27, 2015**; the plaintiffs' deadline to respond is **June 12, 2015**; and the defendant's deadline to reply is **June 24, 2015**.

**9:38 a.m.**         **Court in Recess.**

Total time in court: 00:29

Hearing concluded.

1