**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-00360-LTB

VENKATA CHEMITI, and
NEERAJA DASARI,

       Plaintiffs,

v.

NEHRU KAJA,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

       This will confirm that pursuant to arguments and discussions held in open court on April 27, 2015, Defendant's Motion for Leave to File a Dispositive Motion Regarding Plaintiffs' Second Claim for Relief (Doc 96) is GRANTED.

       Defendant has **up to and including May 27, 2015** to file a motion; Plaintiffs have **up to and including June 12, 2015** to file a response.  Defendant has **up to and including June 24, 2015** to file a reply.

Dated:   April 28, 2015
_____