**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-00360-LTB

VENKATA CHEMITI, and
NEERAJA DASARI,

       Plaintiffs,

v.

NEHRU KAJA,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant's Motion to Amend Findings of Fact (Doc 109 - filed September 2, 2015) is **DENIED**.


Dated:   September 3, 2015
_____